No. 98–8671. BALLARD *v.* ROWLEY, SUPERINTENDENT, NORTH-EAST CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8696. FLETCHER ET AL. *v.* CITY OF FORT WAYNE ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–8698. HERNANDEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–8706. KNESE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–8713. SELLS *v.* OHIO. Ct. App. Ohio, Logan County. Certiorari denied.

No. 98–8716. ODINKEMELU *v.* CONSOLIDATED STORES CORP. C. A. 4th Cir. Certiorari denied.

No. 98–8738. MOORE *v.* ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8749. GONZALES *v.* ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 98–8787. BROWN *v.* ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8788. RICE *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 98–8789. REDMON *v.* SMITH ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 98–8790. SMITH *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8800. CANNON *v.* AYERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8819. STAFFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.